UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Chad Gilliam and Joanna Gilliam,                          CHAPTER 13
                                                                 CASE NO. 10-59035
Debtors.                                                         HON. Thomas J. Tucker

_____/

ORDER CONFIRMING PLAN

   The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

   Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

   **IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 1,000.00 shall be paid by the Trustee as an administrative expense of this case.**

   IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

   All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

   IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

✓The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

✓The Debtor's Plan shall continue for no less than 60 months.

✓The Debtor's Plan payments shall commence as follows:

  1.) Effective 10/28/2010, debtors' plan payment shall increase to $1,223.00 per month for the next 8 months thereafter;

  2.) Effective 6/1/2011, debtors' plan payment shall increase to $2,048.00 per month for the next 31 months thereafter (to reflect the termination of debtors' DCFS USA LLC lease); and

  3.) Effective 12/14/2013, debtors' plan payment shall increase to $2,196.86 per month for the final 18 months of the plan (to reflect the termination of debtor's 401k payment as of 11/14/2013).

☐ Creditors rights to object to the last filed Modified Plan are preserved until_____

✓In the event that debtor(s) fails(s) to make any future Chapter 13 plan payment, the Trustee may submit a notice of Default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided with notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearting, or notice.

✓ Other: Debtors' are current on their payments for the Class Three Unexpired Lease with DCFS USA LLC (2009 Mercedes GL450) and this lease is being paid directly by the debtors

✓ The Order for payments shall state that Classes 2 and 5 as to People's Trust Credit Union shall be paid concurrently and pro rata. The rest of said paragraph shall remain unchanged.

APPROVED

/s/Tammy L. Terry
TAMMY L. TERRY (P46254)
KIMBERLY SHORTER-SIEBERT (P49608)
MARILYN R. SOMERS-KANTZER (P52488)
Chapter 13 Trustee
535 Griswold Street
2100 Buhl Building
Detroit, MI 48226
313-967-9857

| Objections Withdrawn |
| --- |
| /s/ Tamara A. White |
| TAMARA A. WHITE (P5726) |
| For Creditor: |
| People's Trust Credit Union |
| |
| Objections Withdrawn |
| |
| For Creditor: |

/s/ Mark L. Small
MARK L. SMALL (P26976)
Attorney for Debtor
255 W. Brown St.
Birmingham, MI 48009
(248) 376-3110
msmall@smallslaw.com

.

## Signed on November 03, 2010

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge