UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| CHAD GILLIAM | CASE NO: 10-59035 |
| JOANNA GILLIAM, Debtors | JUDGE THOMAS J. TUCKER |

## NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the **Order Confirming Plan** entered in the above matter on **Wednesday, November 3, 2010**, the debtor is delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of said order in the above matter, and that said payments be brought current no later than 30 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event that the debtor fails to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then, the Trustee shall submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the **Order Confirming Plan** has not been met.

April 19, 2011        OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ TAMMY L. TERRY (P46254)
TAMMY L. TERRY, Chapter 13 Trustee
/S/ KIMBERLY SHORTER-SIEBERT (P49608)
/S/ MARILYN R. SOMERS-KANTZER (P52488)
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| IN THE MATTER OF: | CHAPTER 13 |
|---|---|
| CHAD GILLIAM<br>JOANNA GILLIAM, Debtors | CASE NO: 10-59035<br>JUDGE THOMAS J. TUCKER |

## CERTIFICATE OF MAILING OF NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

I hereby certify that on the date indicated below, a copy of NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE was served via Electronic Court filing and/or a copy of same was deposited in U.S. Mail to the Debtors and debtors' attorney at the below addresses.

May 9, 2011

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT

/S/ CYNTHIA GATES
Chapter 13 Standing Trustee Clerk
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

VICTOR W LUKE
255 W BROWN STREET
BIRMINGHAM, MI 48009

CHAD GILLIAM
JOANNA GILLIAM
25050 CONSTITUTION AVE.
WARREN, MI 48089